# Court of Appeals
# of the State of Georgia

ATLANTA,  April 28, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1260. BERRIAN v. THE STATE.**

This appeal was docketed on April 4, 2022. The appellant's brief and enumeration of errors were due to be filed no later than April 25, 2022. Court of Appeals Rules 3 and 23 (a). Appellant has not timely filed a brief and enumeration of errors, and no extension of time for filing has been filed. Accordingly, this appeal is DISMISSED.  Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/28/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*